UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------

JORGE LINARES,

                Petitioner,

    vs                                       9:09-CV-1191

WARREN D. BARKLEY,

                Respondent.

-------------------------------------

APPEARANCES:                                  OF COUNSEL:

JORGE LINARES
Petitioner, Pro Se
96-A-3483
Cape Vincent Correctional Facility
Rte. 12E
Box 599
Cape Vincent, NY 13618

HON. ANDREW M. CUOMO              PAUL B. LYONS, ESQ.
Attorney General of the                Asst. Attorney General
  State of New York
Attorney for Respondent
Department of Law
120 Broadway
New York, NY 10271

HON. DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Petitioner, Jorge Linares, brought a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on October 23, 2009.  By Report-Recommendation dated October 8, 2010, the Honorable Randolph F. Treece, United States Magistrate Judge, recommended that the respondent's motion to dismiss (Docket No. 13) be granted and the petition for a writ of Habeas Corpus (Docket No. 1) be denied; and further recommended that no certificate of

appealability should be issued with respect to any of petitioners claims. Petitioner requested, and was granted, additional time to submit objections to the Report-Recommendation. No objections were ever filed.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge Treece, the Report-Recommendation is accepted and adopted in whole. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. The respondent's motion to dismiss (Docket No. 13) is GRANTED;

2. The petition for a writ of habeas corpus is DENIED; and

3. No certificate of appealability will be issued.

The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

Dated:   December 1, 2010
        Utica, New York.

_____
United States District Judge